NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JOE L. DAWSON, CONRAD C. COX, MARY R. COX, Trustees of the Conrad C. Cox Trust No. 1 and the Mary R. Cox Trust No. 1, LLOYD E. EDGETT, G&M PROPERTIES, LP, SHAWN GUINN, ALAN WOODSIDE, SHERRY WOODSIDE, Trustees of the Shirley Kats Revocable Trust, DEREK KATS, Trustee of the Derek Kats Revocable Trust, JOHN W. MATHES, JR., executor of the Estate of Rosemary L. Mathes, DUANE R. MCEWEN, DARLENE MCEWEN, CAROL K. ROSS, KAY L. LEE, Trustees of the Carol K. Ross Trust No. 1, LISA J. SONSTHAGEN, executor of the Estate of Linda J. Tomasch, JOHN E. BREMER, DAVID G. BREMER, IRIS L. SMITH, CAROL CAMPBELL, Trustees of the Larry L. Smith and Iris L. Smith Revocable Living Trust Dated 7/17/07, JASON DIAL, TRAVIS DIAL, M. LEE JUENEMANN, ANGELA JUENEMANN, Trustees of the M. Lee Juenemann Living Trust and Angela Juenemann Living Trust,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant*

———————————

2023-1923, 2023-1927, 2023-1971

———————————

DAWSON v. US

Appeals from the United States Court of Federal Claims in No. 1:15-cv-01268-AOB, Judge Armando O. Bonilla.

————————————

## ON MOTION

————————————

## O R D E R

Upon consideration of the parties' unopposed motions to voluntarily dismiss their respective above-captioned appeals, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1) The motions are granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

August 17, 2023                          /s/ Jarrett B. Perlow
         Date                            Jarrett B. Perlow
                                         Clerk of Court

ISSUED AS A MANDATE:  August 17, 2023